# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 26, 2017

## NO. 03-17-00366-CV

**D. G. and D. R., III, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the trial court's order terminating appellants' parental rights signed on June 21, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order terminating appellants' parental rights. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.